## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  JOHN C MURRAY     )  Case No. 23 B 01591
   MARIA JO MURRAY    )
           )  Chapter 13
   Debtor(s)      )
           )  Judge: JACQUELINE P COX

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 10, 2023 10:30 am, for the following:

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).  Debtor #1 to provide the Trustee with copies of pay stubs for January and February 2023.  Debtor #2 to provide the Trustee with copies of pay stubs for January 22, 2023 thru February 7, 2023.

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i).  The form B22c was filed blank.

Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to properly fill out the following sections:
Amend section 2.3 to include the Trustee's preferred tax refund turnover language
Amend section 3.1 to include the regular monthly mortgage payment amount for Chase Mortgage

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: March 16, 2023         /s/ Thomas H. Hooper

                   Thomas H. Hooper
                   Chapter 13 Trustee
                   55 E. Monroe St., Suite 3850
                   Chicago, IL 60603
                   (312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RE: JOHN C MURRAY                         )         Case No. 23 B 01591
    MARIA JO MURRAY                       )
                                          )         Chapter 13
    Debtor(s)                             )
                                          )         Judge: JACQUELINE P COX

**CERTIFICATE OF SERVICE**

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

ILLINOIS ADVOCATES LLC                              (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                       (via CM/ECF)
United States Trustee

JOHN C MURRAY                                       (via U.S. Postal Service)
1929 SUNDROP CT
BARTLETT, IL 60103
*Debtor*

Dated: March 16, 2023                    /s/ Chris Domann
                                         _____

                                         Chris Domann
                                         Office of the Chapter 13 Trustee
                                         55 E. Monroe St., Suite 3850
                                         Chicago, IL 60603
                                         (312) 294-5900