## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | John C. Murray and<br>Maria Jo Murray | ) <br> ) <br> ) <br> ) <br> ) | Case No:<br>Judge:<br>Chapter | 23-01591<br>Cox<br>13 |
| | Debtors | ) | | |

### NOTICE OF MOTION

**Served upon the following parties electronically:**
**U.S. Trustee:** Dirksen Federal Building, 219 S. Dearborn, St., Rm 873, Chicago, IL 60604
**Trustee:** Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor:** John C. Murray & Maria Jo Murray, 1929 Sundrop Ct., Bartlett, IL 60103
**See Attached Service List**

PLEASE TAKE NOTICE that on 6/3/24 at 9:00 p.m. I will appear before the **Honorable Jacqueline P. Cox**, or any judge sitting in that judge's place, **either in Courtroom 680** of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, or electronically as described below, and present **MOTION TO MODIFY CONFIRMED PLAN** a copy of which is attached.

Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.

**To appear by Zoom using the internet,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  /s/ *Salvador Gutierrez*
Salvador Gutierrez, Attorney for Debtors

## PROOF OF SERVICE

I, the undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail 77 W. Washington, Suite 2120 Chicago, IL 60602, before 6:00 p.m. on or before May 17, 2024.

/s/ Salvador Gutierrez
Salvador Gutierrez
CTM Legal Group
77 W. Washington St., Suite 2120
Chicago, Illinois 60602
Ph. 312.818.6704
Fx. 312.492.4804
sgutierrez@CTMLegalGroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-01591<br>Northern District of Illinois<br>Eastern Division<br>Thu May 16 10:23:05 CDT 2024 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1175 Real Estate Holdings LLC<br>110 SE 6TH ST STE 1700<br>Fort Lauderdale, FL 33301-5047 |
| 1175 Real Estate Holdings, LLC<br>9250 N River Rd, Suite 11-100<br>Rosemont, IL 60018-4259 | AKOB Management, LLC<br>110 SE 6th St Ste 1700<br>Fort Lauderdale, FL 33301-5047 | ANDOR LOVACS<br>110 SE 6th St Ste 1700<br>Fort Lauderdale, FL 33301-5047 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Best Egg<br>1523 Concord Pike<br>Suite 201<br>Wilmington, DE 19803-3656 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One/Bass Pro Shops<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Lane Bryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/maurices<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycapital/Ulta<br>Po Box 182120<br>Columbus, OH 43218-2120 | Comenitycapital/prdsgn<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Discover Personal Loans<br>Attn: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130-0954 | Empire Today LLC<br>333 Northwest Ave<br>Melrose Park, IL 60164-1604 | Factor Law<br>105 W. Madison St.<br>Chicago, IL 60602-4602 |
| Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCS83E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Hyundai Capital America DBA Hyundai Motor F<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 |

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728-0829

JPMorgan Chase Bank, NA
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Northwestern Medicine
Po Box 4090
Carol Stream, IL 60197-4090

Numark Credit Union
Attn: Bankruptcy
Po Box 2729
Joliet, IL 60434-2729

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Registered Agents Inc.
2501 Chatham Rd Ste R
Springfield, IL 62704-4188

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/PLCC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/American Eagle
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/QVC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

Synchrony/HSN
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

World's Foremost Bank
4800 NW 1st Street
Suite 300
Lincoln, NE 68521-4463

John C. Murray
1929 Sundrop Ct
Bartlett, IL 60103-2300

Maria Jo Murray
1929 Sundrop Ct
Bartlett, IL 60103-2300

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Salvador Gutierrez
Illinois Advocates LLC
77 W Washington St #2120
Chicago, IL 60602-2995

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BVA Compass
Attn: Bankruptcy
P.O. Box 10566
Birmingham, AL 35296

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE-1-1406
Wilmington DE 19801-2920

(d)Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix AZ 85038-9505

(d)JPMorgan Chase Bank, NA
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Portfolio Recovery Associates, LLC
c/o Barclays Bank Delaware
OB 41067
Norfolk VA 23541

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Colliers Bennet & Kahnweiler LLC (d/b/a 11

(u)JPMorgan Chase Bank, National Association

(u)Pfcp/fbt/fa2/cws

End of Label Matrix
Mailable recipients    66
Bypassed recipients     3
Total                  69

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | John C. Murray and | ) | | |
| | Maria Jo Murray | ) | Case No: | 23-01591 |
| | | ) | Judge: | Cox |
| | | ) | Chapter | 13 |
| | Debtors | ) | | |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, John C. Murray and Maria Jo Murray (the "Debtors"), by and through their attorneys, CTM Legal Group to present their MOTION TO MODIFY CONFIRMED PLAN, and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 02/27/2023.

3. This This Honorable Court confirmed the Debtors' Chapter 13 Plan of reorganization on 4/17/2023.

4. The confirmed Chapter 13 Plan states that secured creditors are to be paid 100.00% of their allowed claims, and general unsecured creditors are to be paid 29.00% of their allowed claims. Debtors are to make plan payments to the Chapter 13 Trustee in the amount of $1,600.00 monthly for a term of 60 months.

5. The confirmed Chapter 13 Plan currently lists at Section 3.3 Hyundai Motor Acceptance, as a secured creditor as per Claim 16-1. The claim is secured by Debtors' 2020 Hyundai Kona vehicle with a value in the amount of $22,995.00.

6. The claim was allowed as a secured claim for $17,309.00 with 5.50% interest to be paid, with monthly payments to creditor in the amount of $330.62.

7. On May 9, 2024, Mr. Murray was involved in an auto accident and State Farm declared his 2020 Hyundai Kona a total loss. State Farm is set to tender $20,486.00 to the trustee office.

8. Debtors further requests to decrease the Chapter 13 Plan payments by $710.00 per month.

9. Debtors are in a position to proceed with the instant case.

10. Debtors filed the instant case in good faith and intend to complete the plan of reorganization.

WHEREFORE, the Debtors, John C. Murray and Maria Jo Murray, pray this Honorable Court for the following relief:

A. This Honorable Court enter an Order modifying the confirmed Chapter 13 Plan at section 3.3 to eliminate Hyundai Motor Acceptance;

B. The Chapter 13 Plan payments are decreased to $710.00 per month;

C. For such other and further relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Salvador Gutierrez
Salvador Gutierrez
CTM Legal Group
77 W. Washington St., Suite 2120
Chicago, Illinois 60602
Ph. 312.818.6704
Fx. 312.492.4804
sgutierrez@CTMLegalGroup.com